■ In the Matter of GEORGE FACCIO, Appellant, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [63 NYS3d 293]—Appeal from a judgment of the Supreme Court, Wyoming County (Michael M. Mohun, A.J.), entered June 17, 2016 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Centra, Carni, Curran and Troutman, JJ.

■ ESSEX INSURANCE COMPANY, Respondent, v NDC REALTY, INC., Defendant, and SCOTT LIGER, Appellant. [63 NYS3d 293]—Appeal from a judgment (denominated order and judgment) of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), entered April 15, 2016. The judgment, inter alia, declared that plaintiff has no remaining duty to defend and indemnify defendant NDC Realty, Inc. in the underlying personal injury action brought by defendant Scott Liger.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Whalen, P.J., Peradotto, DeJoseph, NeMoyer and Troutman, JJ.

■ In the Matter of KRAMBU PORTER, Appellant, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [63 NYS3d 294]—Appeal from a judgment of the Supreme Court, Wyoming County (Michael M. Mohun, A.J.), entered June 17, 2016 in a proceeding pursuant to CPLR article 78. The judgment dismissed the amended petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Whalen, P.J., Peradotto, DeJoseph, NeMoyer and Troutman, JJ.